THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WINIFRED HOSKINS, Appellant.

Argued March 11, 1942; decided April 23, 1942.

*John J. Bennett, Jr., Attorney-General (Irving H. Lessen* and *Henry Epstein* of counsel), for appellant.

*Donald M. Mawhinney, District Attorney (Dan J. Kelly* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.